**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-6187**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

RICARDO JAVIER ARELLANO,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Martin K. Reidinger, Chief District Judge.  (3:09-cr-00060-MR-1)

Submitted:  May 31, 2022                                   Decided:  June 15, 2022

Before NIEMEYER and DIAZ, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ricardo Javier Arellano, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ricardo Javier Arellano appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A).  After reviewing the record, we conclude that the district court did not abuse its discretion in denying Arellano's motion. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir.) (stating standard of review), *cert. denied*, 142 S. Ct. 383 (2021).  Accordingly, we affirm the district court's order.  *United States v. Arellano*, No. 3:09-cr-00060-MR-1 (W.D.N.C. Feb. 2, 2022).  We deny as moot Arellano's motion to expedite.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
